# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ARRICK WARREN**  **PLAINTIFF**
*Reg # 11492-031*

v.  CASE NO. 2:23-CV-00190-BSM

**C. GARRETT,** *Warden*
*FCI-Forrest City*  **DEFENDANT**

## ORDER

After careful review of the record, Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 10] is adopted and Arrick Warren's petition [Doc. No. 1] is dismissed without prejudice because the relief requested cannot be granted. *See United States v. Houck*, 2 F.4th 1082, 1085 (8th Cir. 2021) (district courts do not have the authority to change a prisoner's place of confinement under the CARES Act and 18 U.S.C. section 3582(c)(2)); *United States v. Rodriguez-Mendez*, 65 F.4th 1000, 1001 (8th Cir. 2023) (the sentencing court may reduce a term of imprisonment); *see also* Resp. Arrick Warren's Pet. Writ Habeas Corpus Under 28 U.S.C. § 2241, Ex. 1, United States District Court District of Kansas Judgment (Warren's sentencing court). Thus, the clerk is directed to close the case.

IT IS SO ORDERED this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE