# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**ARRICK WARREN**  **PLAINTIFF**
*Reg # 11492-031*

v.   CASE NO. 2:23-CV-00190-BSM

**C. GARRETT,** *Warden*
*FCI-Forrest City*   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE